## IN THE MATTER OF SALVATORE B. CAFIERO, AN ATTORNEY-AT-LAW.

Argued June 16, 1955—Decided June 16, 1955.

For the order: *Mr. Charles W. Broadhurst.*

For the respondent: *Mr. Salvatore B. Cafiero, pro se.*

PER CURIAM. It appears from a certified record of the Court of General Sessions of the County of New York that on February 3, 1954 the respondent entered a plea of guilty of the crime of forgery, second degree, in the aforesaid court, and that on June 24, 1954 he was given a suspended sentence, placed on probation for a period of ten years and directed to make restitution in the sum of $43,350.

An order to show cause was duly allowed and served and the respondent appeared in response thereto. Under the

admitted circumstances the name of the respondent is accordingly stricken from the roll of attorneys.

*For disbarment*—Chief Justice VANDERBILT, and Justices HEHER, OLIPHANT, WACHENFELD, BURLING, JACOBS and BRENNAN—7.

*Opposed*—None.